UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT THOMAS GUTHRIE,

          Plaintiff,

v.

SNOHOMISH COUNTY,

          Defendant.

Case No. C14-1424RSL

**ORDER OF DISMISSAL**

On October 20, 2014, the Honorable Brian A. Tsuchida, United States Magistrate Judge, filed his Report and Recommendation in the above-captioned matter. Dkt. # 13. Judge Tsuchida recommends that the Amended Complaint be dismissed without prejudice for a number of reasons, including that Mr. Guthrie filed this action before exhausting his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). Plaintiff subsequently filed two letters seeking court-appointed counsel and/or an extension of time in which to respond to the Report and Recommendation. Dkt. # 15 and # 16.

Because this action was prematurely filed, it cannot be salvaged through additional argument: neither appointment of counsel nor an extension of time will alter the outcome of this case. Having reviewed the record in its entirety, the Court does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     This case is **Dismissed Without Prejudice**.

ORDER OF DISMISSAL - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

Dated this 21st day of November, 2014.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2